AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Fehling, Richard E. | 2. Court or Organization  U.S. Bankruptcy Court - ED PA | 3. Date of Report  07/15/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active | 5a. Report Type (check appropriate type)  ☐ Nomination     Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015  to  12/31/2015 |

**7. Chambers or Office Address**

301 Madison Bldg
400 Washington Street
Reading, PA 19601-3915

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Stevens & Lee - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EDPA Bankruptcy Conference | 01/22/15 to 01/23/15 | Atlantic City, NJ | Conference | Travel |
| 2. | American Bankruptcy Institute | 03/08/15 to 03/10/15 | Brooklyn, NY | Educational Activity | Travel |
| 3. | Erie County Bar Association | 07/23/15 to 07/25/15 | Erie, PA | Seminar | Travel & Subsistence |
| 4. | American Bankruptcy Institute | 08/06/15 to 08/08/15 | Hershey, PA | Conference | Travel |
| 5. | National Conference of Bankruptcy Judges | 09/26/15 to 09/30/15 | Miami, FL | Seminar | Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Fehling, Richard E. | 07/15/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Pennsylvania Bar Institute | 10/29/15 | Philadelphia, PA | Seminar | Travel |
| 7. | Allegheny County Bar Association | 12/03/15 to 12/05/15 | Pittsburgh, PA | Seminar | Travel (reimbursed in 2016) |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fehling, Richard E. | 07/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Santander Bank | Mortgage on Retal Property # 1North Wildwood, New Jersey | N |
| 2. | Santander Bank | Mortgage on Rental Property #2 - North Wildwood New Jersey | N |
| 3. | American Airlines Citi MC | Credit Card | J |
| 4. | US Air Barclays MC | Credit Card | J |
| 5. | US Air BOA MC | Credit Card | J |
| 6. | American Express | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Fehling, Richard E. | 07/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Santander Bank | A | Interest | J | T | | | | | |
| 2. Customers Bank | A | Interest | K | T | | | | | |
| 3. Hewlett Packard | A | Int./Div. | J | T | | | | | |
| 4. TD Waterhouse | A | Int./Div. | J | T | | | | | |
| 5. Microsoft | A | Int./Div. | J | T | | | | | |
| 6. Safeguard Scientific | | None | K | T | | | | | |
| 7. IRA - #1 Richard Fehling (Fidelity Investments) | F | Int./Div. | P1 | T | | | | | |
| 8. - Fidelity Cash Reserves | | | | | | | | | |
| 9. - Yacktman | | | | | | | | | |
| 10. - Fidelity Intl | | | | | | | | | |
| 11. - Fidelity Small Cap | | | | | | | | | |
| 12. - Fidelity Cap Appr | | | | | | | | | |
| 13. - Fidelity Contra Fund | | | | | Sold (part) | 11/23/15 | K | B | |
| 14. - Fidelity Contra Fund | | | | | Sold (part) | 12/18/15 | L | C | |
| 15. - Fidelity Balanced Fund | | | | | | | | | |
| 16. - Pimco Low Duration Class D | | | | | | | | | |
| 17. - Pimco Total Return | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fehling, Richard E. | 07/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - 3D Systems Corp | | | | | Buy (add'l) | 01/16/15 | K | | |
| 19. - 3D Systems Corp | | | | | Buy (add'l) | 11/24/15 | J | | |
| 20. IRA - #2 (Fidelity Investments) | D | Int./Div. | M | T | | | | | |
| 21. - Fidelity Cash Reserves | | | | | | | | | |
| 22. - Fidelity Growth & Income | | | | | Sold (part) | 12/18/15 | K | B | |
| 23. - Safeguard Scientific Inc | | | | | | | | | |
| 24. - St. Joe Company | | | | | Sold | 06/30/15 | K | A | |
| 25. - Coca Cola | | | | | | | | | |
| 26. - McDonalds Corp | | | | | Sold (part) | 08/24/15 | J | A | |
| 27. 401(k)/Pension - #3 (Stevens & Lee) | C | Int./Div. | L | T | | | | | |
| 28. S&L CGH Partnership - Reading, PA | B | Rent | J | U | | | | | |
| 29. S&L VF Partnership - Valley Forge, PA | A | Rent | J | U | | | | | |
| 30. Rental Property #1 - North Wildwood, NJ | A | Rent | O | W | | | | | |
| 31. Rental Property - #2 - North Wildwood, NJ | A | Rent | O | W | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fehling, Richard E. | 07/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Richard E. Fehling**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544